# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | |
|---|---|---|
| **CARLA BRINKER,** | § § § § | |
| *Plaintiff,* | § § § | **Civil Action No. _____** |
| v. | § § § | |
| **GUIDEPOINT SECURITY, LLC,** | § § | |
| *Defendant.* | § § § | |

## <u>DEFENDANT GUIDEPOINT SECURITY, LLC'S NOTICE OF REMOVAL</u>

Defendant GuidePoint Security, LLC ("**GPS**") files this Notice of Removal pursuant to

28 U.S.C. § 1446(a), and respectfully states as follows:

### I. INTRODUCTION

1. Plaintiff is Carla Brinker ("**Plaintiff**").

2. The defendant in this case is GPS, a limited liability company.

3. On June 3, 2025, Plaintiff sued GPS asserting two counts of gender discrimination in the Iowa District Court for Black Hawk County (the "**State Court Suit**").

4. GPS was served with the suit on June 6, 2025. Although this case was not removable when originally filed due to the State Court Suit not identifying the amount in controversy, it became removable on June 16, 2025, when Plaintiff, via her counsel of record, served a written document confirming that Plaintiff "is seeking in excess of $75,000.00" by this lawsuit. *See* **Exhibit A**.

5. GPS files this notice of removal within 30 days after receiving the writing confirming the amount in controversy, as required by 28 U.S.C. § 1446(b)(1), (b)(3).

## II. BASIS FOR REMOVAL

6. Removal of this suit to federal court is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a).

a. Plaintiff is a citizen of Iowa. *See* Pl.'s Petition at Law and Jury Demand ¶ 1 ("Plaintiff . . . is a resident of Black Hawk County, Iowa.").

b. Defendant GPS is a limited liability company. "An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members." *E3 Biofuels, LLC v. Biothane, LLC*, 781 F.3d 972, 975 (8th Cir. 2015). GPS has one sole member: GuidePoint Security Holdings, LLC ("**GPS Holdings**"), which, likewise, is a limited liability company. *See* Declaration of Michael Volk ("**Volk Decl.**"), attached as **Exhibit B**, at ¶ 5. GPS Holdings has two members: GuidePoint Security Blocker, LLC ("**GSB**") and GPS Phoenix Buyer, Inc. ("**Phoenix Buyer**"). Volk Decl. at ¶ 6. GSB, also a limited liability company, has one member: Phoenix Buyer. Volk Decl. at ¶ 7. Phoenix Buyer, a member of GPS Holdings and the sole member of GBS, is a corporation. A corporation "is a citizen of every state where it is incorporated and the state where it has its principal place of business." *Great River Ent., LLC v. Zurich Am. Ins. Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023) (citing 28 U.S.C. § 1332(c)). Phoenix Buyer is incorporated in Delaware. Volk Decl. ¶ 8. Its principal place of business is Reston, Viriginia. Because GPS is an LLC, it shares its citizenship with Phoenix Buyer: Delaware and Virginia.

c. In summary, Plaintiff is an Iowa citizen. GPS is a citizen of Delaware and Virginia. Accordingly, the parties are fully diverse.

7. Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §§ 1332(a). Specifically, on June 16, 2025, Plaintiff, via her counsel of record, served a written document confirming that Plaintiff "is seeking in excess of $75,000.00" by this lawsuit. *See* Ex. A; *see Caranchini v. Bank of Am, Nat'l Ass'n*, 566 F. App'x 549, 550 (8th Cir. Aug. 18, 20214) (per curiam) (mem. op.) ("post-complaint letter concerning settlement terms constituted 'other paper' under § 1446(b) for purposes of notifying defendant that amount in controversy exceeded jurisdictional amount and triggering running of 30-day notice-of-removal deadline" (citing *Addo v. Globe Life & Accident Ins. Co.*, 230 F.3d 759, 761–62 (5th Cir. 2000))); *Comm'n Receivables Fund 1, LLC v. McIlwain*, No. 8:11CV131, 2011 WL 3440075, at *4 (D. Neb. May 31, 2011) ("'Other paper' may include documents beyond formal filings in the court, such as correspondence between attorneys regarding the amount in controversy.").

8. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A). To be clear, GPS is currently the only defendant; as such, GPS's filing of this Notice meets the requirements of § 1446.

9. Copies of all pleadings, process, orders, and other filings available in the state court suit are attached to this Notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit C**.

10. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

11. GPS will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

### III. JURY DEMAND

12. Plaintiff did demand a jury in the state court suit.

## IV.    CONCLUSION

For the aforementioned reasons, GPS respectfully requests the Court remove the suit to the United States District Court for the Northern District of Iowa, Eastern Division, and grant GPS any further relief to which it may be justly entitled.

Dated: June 25, 2025                              Respectfully submitted,

/s/  Kevin J. Driscoll

Kevin J. Driscoll        AT0002245
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone:  515-288-0145
Facsimile:  515-288-2724
E-mail:  kdriscoll@finleylaw.com

Marc D. Katz
Texas State Bar No. 00791002
(*pro hac vice* application forthcoming)

Maria A. Garrett
Texas State Bar No. 24099673
(*pro hac vice* application forthcoming)

Meagan Kelly
Texas State Bar No. 24143076
(*pro hac vice* application forthcoming)

**DLA PIPER LLP (US)**
marc.katz@us.dlapiper.com
maria.garrett@us.dlapiper.com
meagan.kelly@us.dlapiper.com
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

***Attorneys for Defendant GuidePoint Security, LLC***

<u>**CERTIFICATE OF SERVICE**</u>

I, Janelle Valadez, hereby certify that on <u>June 25, 2025</u>, I electronically filed the foregoing with the Clerk of the Court using the **PACER** which will send notification of such filing to the Counsel of record listed below.

/s/ *Janelle Valadez*

Adam J. Babinat
**REFERN, MASON, LARSEN & MOORE PLC**
415 Caly Street
Cedar Falls, IA 50613
Telephone: 319277-6830
Fax: 319-277-3531
Email: babinat@cflaw.com
**ATTORNEYS FOR THE PLAINTIFF**